DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SOUTH FLORIDA IMAGING AND DIAGNOSTIC CENTER, INC.** d/b/a
**TESLA MRI** a/a/o **KYLAHIA CAMPBELL,**
Appellant,

v.

**DIRECT GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D22-2057

[May 10, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Melanie Dale Surber, Judge; L.T. Case No. 502021SC017340.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

William J. McFarlane, III and Michael K. Mittelmark of McFarlane Law, Coral Springs, for appellee.

**ON CONFESSION OF ERROR**

PER CURIAM.

Appellant South Florida Imaging appeals the circuit court's order that granted appellee Direct General Insurance Company's motion to dismiss and dismissed the case. Appellant argues the circuit court incorrectly considered documents outside of the four corners of the complaint. In response, appellee commendably confesses error. Based on appellee's proper confession of error, we reverse the circuit court's dismissal and remand for further proceedings.

*Reversed and remanded.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***